IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02498-JLK-KLM

ARMEN ZAKHARYAN,

    Plaintiff,

v.

AVIIR, INC., a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Leave for Insurance Adjuster to Appear Telephonically at Settlement Conference** [Docket No. 24; Filed October 3, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Defendant's insurance adjuster shall appear by telephone at the Settlement Conference set for October 16, 2013 at 1:30 p.m. Counsel for Defendant shall be prepared with the insurance adjuster's telephone number and with a cell phone on which to contact her. Defendant's insurance adjuster shall be available to be reached by telephone for the duration of the Settlement Conference.

Dated: October 7, 2013