IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02498-JLK

ARMEN ZAKHARYAN,

    Plaintiff,

v.

AVIIR, INC., a Delaware corporation,

    Defendant.

---

ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE, Doc. 32

---

Kane, J.

    This matter having come before me on the parties' Stipulated Motion for Dismissal with Prejudice, Doc. 32, and being fully apprised in the matter, I HEREBY GRANT the Stipulated Motion for Dismissal with Prejudice. Each party shall bear his or its own costs and attorney fees.

    SO ORDERED this 12th day of November, 2013.

                              BY THE COURT:

                              *_s/John L. Kane_*
                              John L. Kane, U.S. Senior District Judge